IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Case No. 05-cv-02506-EWN-BNB

BETTIE REYNOLDS,

Plaintiff,

v.

THE STATE OF COLORADO,
DEPARTMENT OF CORRECTIONS, and
JOE ORTIZ, in his official capacity as Executive Director of the Department of Corrections,

Defendants.

_____

**ORDER**
_____

This matter is before me on the **Stipulated Motion for Order Holding Case In Abeyance and Notice of Settlement Negotiations** [Doc. # 6, filed 1/20/06] (the "Motion"). The Motion, which is jointly made, requests that the case be held "in abeyance" for 45 days to allow the parties time to discuss settlement, and that the defendants be allowed 20 days thereafter within which to respond to the complaint if a settlement is not achieved. I note that the district judge has established a dispositive motion deadline of August 14, 2006, which is a date that I lack authority to alter.

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the scheduling conference set for February 8, 2006, at 9:00 a.m., is VACATED and RESET to **March 16, 2006, at 8:30 a.m.**, in Courtroom 401, 4th

floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a proposed scheduling order on or before **March 13, 2006**.

IT IS FURTHER ORDERED that the defendants are granted to and including **March 6, 2006**, within which to answer or otherwise respond to the complaint.

Dated January 20, 2006.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge