IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02506-EWN-BNB

BETTIE REYNOLDS,

Plaintiff,

v.

THE STATE OF COLORADO,
DEPARTMENT OF CORRECTIONS, and
JOE ORTIZ, in his official capacity as Executive Director of the Department of Corrections,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Consented Motion to Vacate Scheduling Conference** (the "Motion"), filed on February 6, 2006.

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for March 16, 2006, is **vacated and reset to April 13, 2006, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **April 6, 2006**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  February 7, 2006