IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02506-EWN-BNB

BETTIE REYNOLDS,

Plaintiff,

v.

STATE OF COLORADO,
DEPARTMENT OF CORRECTIONS; and
JOE ORTIZ, in his official capacity as the Executive Director of the Department of Corrections,

Defendants

**ORDER ON STIPULATION FOR DISMISSAL OF ALL OF PLAINTIFF'S CLAIMS WITH PREJUDICE**

THIS MATTER, coming before the Court on the parties' Stipulation for Dismissal of All of Plaintiff's Claims with Prejudice, and it appearing to the Court that the same should be granted,

IT IS HEREBY ORDERED that the Stipulation for Dismissal of All of Plaintiff's Claims with Prejudice is granted, with each party responsible for bearing its own costs and attorneys' fees.

Granted this 23rd day of May, 2006.

                                                                     s/ Edward W. Nottingham
                                                                     United District Judge